1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AVIATION INSURANCE SERVICES
OF NEVADA, INC., et al.,

          Plaintiffs,

v.

LESLIE DEWALD, et al.,

          Defendants.

2:10-CV-1536 JCM (LRL)

**ORDER**

Presently before the court is plaintiffs Aviation Insurance Services of Nevada, Inc. et al's motion to reassign presiding judge. (Doc. #8). No opposition has been filed.

The matter before the court arises from a breach of a settlement agreement which was reached before Hon. Lloyd D. George in the sealed case of *Hill et al v. DeWald* (Case No. 2:06-cv-01461-LDG-LRL). In *Hill*, after the parties reached the settlement agreement, Judge George dismissed the case with prejudice.

In the present litigation, defendant Leslie DeWald is claiming that she is entitled to more than she received pursuant to the settlement agreement. The plaintiffs assert that the case should be heard in front of Judge George due to the fact that he is already "intimately familiar with the parties and the issues." Further, they assert that since they are seeking a declaratory order reaffirming the settlement agreement as well as Judge George's order of dismissal. In the interest of judicial economy, Judge George should be assigned to the case.

1    Good cause appearing,

2         IT IS HEREBY ORDERED ADJUDGED AND DECREED that plaintiffs Aviation

3    Insurance Services of Nevada, Inc. et al's motion to reassign presiding judge (doc. #8) be, and the

4    same hereby is, GRANTED.

5         IT IS THEREFORE ORDERED that *Aviation Insurance Services of Nevada, Inc. et al v.*

6    *DeWald et al* (Case No. 2:10-cv-01536-JCM-LRL) be reassigned to the Hon. Lloyd D. George.

7         DATED October 14, 2010.

8

9    _____
     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan
U.S. District Judge**                                                   - 2 -