1  GREGORY A. BROWER
   Nevada Bar No. 5232
2  KELLY H. DOVE
   Nevada Bar No. 10569
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway
4  Suite 1100
   Las Vegas, NV 89169
5  Telephone: (702) 784-5200
   Facsimile:  (702) 784-5252
6  Email:  gbrower@swlaw.com
7          kdove@swlaw.com
   *Attorneys for Defendants/Counterclaimants*
8  *Leslie DeWald and Ascend Insurance Resources, Inc.*
9

10               UNITED STATES DISTRICT COURT

11                    DISTRICT OF NEVADA

12
   AVIATION INSURANCE SERVICES OF          CASE NO. 2:10-cv-01536-LDG-LRL
13 NEVADA, INC., a Nevada corporation;
   AVIATION INSURANCE HOLDINGS,
14 INC., a Nevada corporation; RONALD A.
   HILL, a Nevada resident; and TERESA A.
15 HECKART, a Nevada resident,            **STIPULATION AND ORDER TO EXTEND
                                          TIME TO RESPOND TO MOTION TO
16              Plaintiffs,               DISMISS COUNTERCLAIMS**

17 vs.                                        **(Second Request)**

18 LESLIE DEWALD, a Utah resident; and
   ASCEND INSURANCE RESOURCES,
19 INC., formerly doing business as
   AVIATION INSURANCE SERVICES OF
20 UTAH, INC., a Utah corporation,

21              Defendants.

22
23 AND RELATED COUNTERCLAIM

24      Plaintiffs/Counterdefendants, Aviation Insurance Services of Nevada, Inc., Aviation

25 Insurance Holdings, Inc., Ronald A. Hill and Teresa A. Heckart, by and through their counsel of

26 record, Alan J. Lefebvre and Matthew J. Christian, of the law firm, Kolesar & Leatham, Chtd.,

27 and Defendants/Counterclaimants, Leslie DeWald and Ascend Insurance Resources, Inc., by and

28

12393713.1

through their counsel of record, Gregory A. Brower and Kelly H. Dove, of the law firm, Snell &

Wilmer L.L.P.; hereby stipulate that Defendants/Counterclaimants shall have through and

including January 21, 2011, to respond to Plaintiffs' Motion to Dismiss Counterclaims.

   This Stipulation is made in good faith and not for purposes of delay.

DATED:  January 4, 2011.                  DATED:  January 3, 2011.

SNELL & WILMER L.L.P.                     KOLESAR & LEATHAM, CHTD.


GREGORY A. BROWER                         ALAN J. LEFEBVRE
Nevada Bar No. 5232                       Nevada Bar No. 848
KELLY H. DOVE                             MATTHEW J. CHRISTIAN
Nevada Bar No. 10569                      Nevada Bar No. 8024
3883 Howard Hughes Parkway, Suite 1100    3320 West Sahara Avenue, Suite 380
Las Vegas, Nevada 89169                   Las Vegas, Nevada 89102

*Attorneys for Defendants/Counterclaimants*   *Attorneys for Plaintiffs/Counterdefendants*




**IT IS SO ORDERED:**



_____
UNITED STATES JUDGE

DATED this 5 day of Jan, 2011.

12393713.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200