GREGORY A. BROWER
Nevada Bar No. 5232
KELLY H. DOVE
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: gbrower@swlaw.com
        kdove@swlaw.com
*Attorneys for Defendants/Counterclaimants
Leslie DeWald and Ascend Insurance Resources, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE SERVICES OF NEVADA, INC., a Nevada corporation; AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation; RONALD A. HILL, a Nevada resident; and TERESA A. HECKART, a Nevada resident,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE DEWALD, a Utah resident; and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC., a Utah corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:10-cv-01536-LDG-LRL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS COUNTERCLAIMS**<br><br>**(Third Request)** |

Plaintiffs/Counterdefendants, Aviation Insurance Services of Nevada, Inc., Aviation Insurance Holdings, Inc., Ronald A. Hill and Teresa A. Heckart, by and through their counsel of record, Alan J. Lefebvre and Matthew J. Christian, of the law firm, Kolesar & Leatham, Chtd., and Defendants/Counterclaimants, Leslie DeWald and Ascend Insurance Resources, Inc., by and

SANDERB\SWDMS\12480861.1

1  through their counsel of record, Gregory A. Brower and Kelly H. Dove, of the law firm, Snell &
2  Wilmer L.L.P.; hereby stipulate that Defendants/Counterclaimants shall have through and
3  including February 4, 2011, to respond to Plaintiffs' Motion to Dismiss Counterclaims.
4
5  This Stipulation is made in good faith and not for purposes of delay.
6
7  DATED: January 24, 2011.                              DATED: January 24, 2011.
8  SNELL & WILMER L.L.P.                                 KOLESAR & LEATHAM, CHTD.
9
10 _____                       _____
11 GREGORY A. BROWER                                     ALAN J. LEFEBRVE
   Nevada Bar No. 5232                                   Nevada Bar No. 848
12 KELLY H. DOVE                                         MATTHEW J. CHRISTIAN
   Nevada Bar No. 10569                                  Nevada Bar No. 8024
13 3883 Howard Hughes Parkway, Suite 1100                3320 West Sahara Avenue, Suite 380
   Las Vegas, Nevada 89169                               Las Vegas, Nevada 89102
14
15 *Attorneys for Defendants/Counterclaimants*           *Attorneys for Plaintiffs/Counterdefendants*
16
17
18                                                      IT IS SO ORDERED:
19
20                                                      _____
21                                                      UNITED STATES JUDGE
22                                                      DATED this 31 day of Jan, 2011.
23
24
25
26
27
28

SANDERB\SWDMS\12480861.1

- 2 -