1  ALAN J. LEFEBVRE, ESQ.
   Nevada Bar No. 000848
2  MATTHEW J. CHRISTIAN, ESQ.
   Nevada Bar No. 008024
3  **KOLESAR & LEATHAM, CHTD.**
   3320 W. Sahara Avenue, Suite 380
4  Las Vegas, Nevada  89102
   Telephone:  (702) 362-7800
5  Facsimile:  (702) 362-9472
   E-mail:     alefebvre@klnevada.com
6              mchristian@klnevada.com

7  *Attorneys for Plaintiffs/Counterdefendants*

8

9

10
                    UNITED STATES DISTRICT COURT
11
                          DISTRICT OF NEVADA
12

| | |
|---|---|
| AVIATION INSURANCE SERVICES OF NEVADA, INC., a Nevada corporation; AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation; RONALD A. HILL, a Nevada resident; and TERESA K. HECKART, a Nevada resident,<br><br>Plaintiffs,<br><br>vs.<br><br>LESLIE DEWALD, a Utah Resident; and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC., a Utah corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:10-cv-1536-LDG-LRL<br><br>**STIPULATION AND ORDER TO STAY REQUIREMENTS OF F.R.C.P. 26** |

        The Parties, by and through their undersigned counsel of record, hereby STIPULATE AND AGREE to STAY the requirements of Fed. R. Civ. P. 26, including the conference mandated by Rule 26(f) and LR 26-1(d), the discovery plan mandated by Rule 26(f) and LR 25-1(e), and the initial disclosures mandated by Rule 26(a).  There are pending motions before this

854715.doc (7005-3)                        Page 1 of 2

Court that may alter or render moot these requirements, including Plaintiffs' Motions to Dismiss Counterclaims [Doc. 24] and Plaintiffs' Motion for Summary Judgment [Doc. 18]. It would be most efficient and economical to delay initial scheduling and discovery until the Court rules on the pending motions. This extension is not sought for any improper purpose or to delay.

The parties FURTHER STIPULATE AND AGREE that the stay shall terminate after the Court renders its decisions on the pending motions, and the Parties will conduct the conference mandated by Rule 26(f) and LR 26-1(d) within thirty (30) days thereof.

SO STIPULATED this 4th day of February, 2011.

SNELL & WILMER LLP

By: /s/ Kelly H. Dove
GREGORY A. BROWER, ESQ.
Nevada Bar No. 005232
KELLY H. DOVE, ESQ.
Nevada Bar No. 010569
3883 H. Hughes Pkwy., #1100
Las Vegas, NV 89169

*Attorneys for Defendants/Counterclaimants*

KOLESAR & LEATHAM, CHTD.

By: /s/ Matthew J. Christian
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

*Attorneys for Plaintiffs/Counterdefendants*

## ORDER

**IT IS SO ORDERED.**

/s/ Judge

United States Magistrate Judge

Dated: 2-9-11

Case No. 2:10-cv-1536-LDG-LRL

SAO to Stay Rule 26.doc (7005-3)     Page 2 of 2