# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE SERVICES OF NEVADA, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE DEWALD, *et al.*, <br><br> Defendants. | Case No. 2:10-cv-1536-LDG (LRL) <br><br> **ORDER** |

Previously, the Court ordered the parties to show cause why the entire record of a prior action, Case No. 2:06-cv-1461-LDG (LRL), out of which the current litigation arises, should remain sealed.  Doc. #39.  The Court further ordered the plaintiffs to show cause why each paper they have filed under seal in the present litigation should remain under seal.  Doc. #39.  The parties have filed their responses.  Doc. ## 41, 42.

In their response, the defendants indicate that they do not contend that the prior action, 2:06-cv-1461-LDG, should remain sealed.

The plaintiffs indicate that they will withdraw their unilateral effort to enforce the parties' prior confidentiality agreements.

1 | The Court construes the responses of all parties as concurring that the cause does not exist to continue sealing the entire record of the prior action. The Court further construes the response of plaintiffs as indicating that cause does not exist to continue sealing those documents filed under seal in this matter.

Accordingly,

THE COURT **ORDERS** that the Clerk of the Court shall unseal all documents that have been filed under seal in this matter.

DATED this \_\_11\_\_ day of May, 2011.

_____
Lloyd D. George
United States District Judge