UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

AVIATION INSURANCE SERVICES OF NEVADA, INC., *et al.*,

    Plaintiffs,

v.

LESLIE DEWALD, *et al.*,

    Defendants.

2:10-cv-01536-LDG-LRL

**O R D E R**

    Before the court is plaintiffs' Motion for Substitution or Joinder of Sterling & Sterling, Inc. Pursuant to Fed.R.Civ.P.25(c); Legal Memorandum Supporting Motion (#48). No opposition has been filed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d). Hence, plaintiff's motion will be granted.

    Plaintiffs represent that Ascend Insurance Resources, Inc. has been acquired by a New York insurance brokerage named "Sterling and Sterling, Inc."

    Accordingly, and for good cause shown,

    IT IS ORDERED that plaintiffs' Motion for Substitution or Joinder of Sterling & Sterling, Inc. Pursuant to Fed.R.Civ.P.25(c); Legal Memorandum Supporting Motion (#48) is GRANTED as follows: Sterling & Sterling, Inc. shall be substituted in place of defendant Ascend Insurance Resources, Inc. as the appropriate party defendant in this litigation.

    DATED this 20th day of September, 2011.

                                           **LAWRENCE R. LEAVITT**
                                           **UNITED STATES MAGISTRATE JUDGE**