# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE SERVICES OF NEVADA, INC., a Nevada corporation; AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation; RONALD A. HILL, a Nevada resident; and TERESA K. HECKART, a Nevada resident,<br><br>　Plaintiffs,<br><br>VS.<br><br>LESLIE DEWALD, a Utah Resident; and ASCEND INSURANCE RESOURCES, INC., a Utah corporation<br><br>Defendants<br><br>LESLIE DEWALD, a Utah Resident; and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC., a Utah corporation<br><br>Counterclaimants,<br><br>VS.<br><br>AVIATION INSURANCE SERVICES OF NEVADA, INC., a Nevada corporation; AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation; RONALD A. HILL, a Nevada resident; and TERESA K. HECKART, a Nevada resident,<br><br>　Counterdefendants, | **CASE NUMBER: 2:10-CV-1536-LDG-GWF**<br><br>**ORDER REFERRING CASE FOR A SETTLEMENT CONFERENCE** |

This case is referred to the Magistrate Judge for the purpose of setting a settlement conference as soon as possible per the request of the parties in documents [81] and by Order of the Honorable Judge Lloyd D. George.

**IT IS ORDERED** that this case is hereby referred to **Magistrate Judge, Carl W. Hoffman** for the scheduling of a settlement conference as soon as possible..

**IT IS FURTHER ORDERED** the Motion to Compel and all other outstanding Motions shall be continued until after the settlement conference.

DATED this 30 day of Nov, 2011.

LLOYD D. GEORGE
United States Senior District Judge