# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AVIATION INSURANCE SERVICES
OF NEVADA, INC., *et al.*,

    Plaintiffs,

v.

LESLIE DEWALD, *et al.*,

    Defendants.

Case No. 2:10-cv-01536-LDG (GWF)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that Plaintiffs' Motion in Limine (#77) is DENIED;

THE COURT FURTHER **ORDERS** that Plaintiffs' Motion for Reconsideration (#89) is DENIED;

THE COURT FURTHER **ORDERS** that Plaintiffs' Motion for Hearing on the Motion for Reconsideration (#90) is DENIED as moot;

THE COURT FURTHER **ORDERS** that Plaintiffs' Motion for Leave to Appeal Pursuant to 28 U.S.C. §1292(b) (#92) is DENIED;

THE COURT FURTHER **ORDERS** that Defendants' Motion for Settlement Conference (#81) is DENIED as moot.

DATED this 30th day of March, 2012.

_____
Lloyd D. George
United States District Judge