MARK E. FERRARIO (NV Bar No. 1625)
LESLIE S. GODFREY (NV Bar No. 10229)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
       godfreyl@gtlaw.com
*Counsel for Defendants/Counterclaimants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AVIATION INSURANCE SERVICES OF NEVADA, INC., a Nevada corporation; AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation; RONALD A. HILL, a Nevada resident; and TERESA K HECKART, a Nevada resident,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE DEWALD, a Utah Resident; and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC., a Utah corporation,<br><br>Defendants.<br><br>LESLIE DEWALD, a Utah Resident; and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC., a Utah corporation,<br><br>Counterclaimants,<br><br>v.<br><br>AVIATION INSURANCE SERVICES OF NEVADA, INC., a Nevada corporation; AVIATION INSURANCE HOLDINGS, INC., a Nevada corporation; RONALD A. HILL, a Nevada resident; and TERESA K HECKART, a Nevada resident,<br><br>Counterdefendants. | Case No.: 2:10-CV-1536-LDG-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

WHEREAS, Aviation Insurance Services of Nevada, Inc., Aviation Insurance Holdings, Inc., Ronald A. Hill, and Teresa A. Heckart, Aviation Insurance Services, of Utah, Inc., Leslie DeWald, and Aviation Insurance Services of Utah, Inc. were parties to a prior consolidated action;

i.e., Case Nos. 2:06-cv-01461-LDG-LRL and 2:07-cv-00762-LDG-LRL (the "Prior Litigation"); and

WHEREAS, a dispute arose as to the duties and obligations required under the Settlement Agreement reached in the Prior Litigation, resulting in the above captioned lawsuit, Case No. 2:10-cv-1536-LDG-GWF, in the United States District Court, District of Nevada (the "Action"); and

WHEREAS the Parties have entered into and executed a Settlement Agreement to resolve all remaining claims and disputes by and among the Parties except as otherwise set forth in Section II, Paragraph 2 of the Settlement Agreement;

Plaintiffs/Counterclaimants AVIATION INSURANCE SERVICES OF NEVADA, INC., AVIATION INSURANCE HOLDINGS, INC., RONALD A. HILL, and TERESA A. HECKART, and Defendants/Counterclaimants LESLIE DEWALD, and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC. ("AIS-Utah"), by and through their undersigned counsel hereby stipulate to dismiss the above entitled Action, with prejudice, in its entirety, each party to bear its own attorneys fees and costs.

IT IS SO STIPULATED this ____ Day of April, 2012.

| GREENBERG TRAURIG, LLP | KOLESAR & LEATHAM, CHTD. |
|---|---|
| By:_____ <br> MARK E. FERRARIO (Bar No. 1625) <br> LESLIE S. GODFREY (Bar No. 10229) <br> 3773 Howard Hughes Parkway <br> Suite 400 North <br> Las Vegas, Nevada 89169 <br> *Attorneys for* <br> *Defendants/Counterclaimants* | By:_____ <br> ALAN J. LEFEBVRE, ESQ. (Bar No. 848) <br> MATTHEW J. CHRISTIAN, ESQ. (Bar No. 8024) <br> 3320 W. Sahara Avenue, Suite 380 <br> Las Vegas, NV 89102 <br> *Attorneys for Plaintiffs/Counterdefendants* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: 15 May 2012

i.d., Case Nos. 2:06-cv-01461-LDG-LRL and 2:07-cv-00762-LDG-LRL (the "Prior Litigation"); and

3. WHEREAS, a dispute arose as to the duties and obligations required under the Settlement Agreement reached in the Prior Litigation, resulting in the above captioned lawsuit, Case No. 2:10-cv-1536-LDG-GWF, in the United States District Court, District of Nevada (the "Action"); and

6. WHEREAS the Parties have entered into and executed a Settlement Agreement to resolve all remaining claims and disputes by and among the Parties except as otherwise set forth in Section II Paragraph 2 of the Settlement Agreement;

9. Plaintiffs/Counterclaimants AVIATION INSURANCE SERVICES OF NEVADA, INC., AVIATION INSURANCE HOLDINGS, INC., RONALD A. HILL, and TERESA A. HECKART, and Defendants/Counterclaimants LESLIE DEWALD, and ASCEND INSURANCE RESOURCES, INC., formerly doing business as AVIATION INSURANCE SERVICES OF UTAH, INC. ("AIS-Utah"), by and through their undersigned counsel hereby stipulate to dismiss the above entitled Action, with prejudice, in its entirety, each party to bear its own attorneys fees and costs.

IT IS SO STIPULATED this 9th Day of May, 2012.

| GREENBERG TRAURIG, LLP | KOLESAR & LEATHAM, CHTD. |
|---|---|
| By: _____ | By: _____ |
| MARK E. FERRARIO (Bar No. 1625) | ALAN J. LEFEBVRE, ESQ. (Bar No. 848) |
| LESLIE S. GODFREY (Bar No. 10229) | MATTHEW J. CHRISTIAN, ESQ. (Bar No. 8024) |
| 3773 Howard Hughes Parkway | 3320 W. Sahara Avenue, Suite 380 |
| Suite 400 North | Las Vegas, NV 89102 |
| Las Vegas, Nevada 89169 | *Attorneys for Plaintiffs/Counterdefendants* |
| *Attorneys for Defendants/Counterclaimants* | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:_____

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

419,734,817v2 135235.010100

D-3